```
                                              FILED
                                    UNITED STATES DISTRICT COURT
                                       LAS CRUCES, NEW MEXICO
        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW MEXICO      MAR 11 2020

                                              MITCHELL R. ELFERS
                                               CLERK OF COURT
```

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CRIMINAL NO. 20CR 929 VJI
)
vs. ) 8 U.S.C. § 1324(a)(1)(A)(v)(I):
) Conspiracy to Transport an Illegal Alien
**SIR JASON DOUGLAS ROBINSON JR**, )
)
Defendant. )

## INFORMATION

The United States Attorney charges:

On or about January 15, 2020, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **SIR JASON DOUGLAS ROBINSON JR**, combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the United States, to commit an offense defined in 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

JOHN C. ANDERSON
United States Attorney

*/s/ Luis Matz for*
RACHEL M. FEUERHAMMER
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304